UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER DEANE HUNT,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLINE W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.   15-00750 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

   This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 14).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   This court recommends that on remand the ALJ shall hold a new hearing and issue a new decision.  The ALJ should re-evaluate Plaintiff's credibility consistent with SSR 96-7p; and re-evaluate Plaintiff's residual functional capacity, with specific reference to the opinion evidence of record, in support of the assessed limitations, and clearly articulate the weight accorded such evidence, including the opinion of treating physician, Bruce Christian, M.D., and examining physicians, Diane Kraemer,

///

REPORT AND RECOMMENDATION - 1

M.D. and Davis Smith, M.D.; and, if necessary, should obtain updated VE testimony addressing step four and step five.

Given the fact of the parties' stipulation, the Court recommends that the District Judge approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**

DATED this 30th day of September, 2015.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2